### 1752. Jones v. Bank of Waynesboro.

Powell, J. The evidence amply warranted the verdict. Under the testimony in the case, the court did not err in submitting to the jury the questions as to fraud. The case was fairly tried and was free from material error.

*Judgment affirmed.*

Levy and claim, from city court of Waynesboro—Judge Johnston.     October 21, 1908.

Submitted May 21,—Decided June 29, 1909.

*H. J. Fullbright,* for plaintiff in error.

*Lawson & Scales, E. L. Brinson,* contra. ·